McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddreii@mccormickbarstow.com*
Tayler D. Martinez
Nevada Bar No. 14921
  *tayler.martinez@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
GEICO Advantage Insurance Company,
erroneously sued and served herein as GEICO
Insurance Agency, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA VAN PATTEN, | Case No. 2:21-cv-01799-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CAPTION** |
| v. | |
| GEICO INSURANCE AGENCY, INC., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

COME NOW, Plaintiff Amanda Van Patten ("Plaintiff") and Defendant GEICO Advantage Insurance Company, erroneously sued and served herein as GEICO Insurance Agency, Inc. ("GEICO"), by and through their respective counsel of record, hereby stipulate that the caption in this matter shall be amended to reflect the appropriate GEICO entity, which is GEICO Advantage Insurance Company.

/ / /

/ / /

1  The caption shall be amended effective immediately upon approval of this stipulation.

2  DATED this 5th day of November, 2021

3                                          ARIAS SANGUINETTI WANG & TORRIJOS LLP

By      /s/ *Christopher A.J. Swift*
        Gregg A. Hubley, Nevada Bar No. 7386
        Christopher A.J. Swift. Nevada Bar No. 11291
        7201 W. Lake Mead Blvd., Ste. 570
        Las Vegas, NV 89121
        Tel. (702) 789-7529

Attorneys for Plaintiff

DATED this 5th day of November, 2021

                                        McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP

By      /s/ *Jonathan W. Carlson*
        Jonathan W. Carlson, Nevada Bar No. 10536
        Frank A Toddre, II, Nevada Bar No. 11474
        Tayler D. Martinez, Nevada Bar No. 14921
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

Attorneys for Defendant

**IT IS SO ORDERED:**

DATED November 5, 2021

                                        United States Magistrate Judge

7994001.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2        Case No. 2:21-cv-01799-JCM-NJK
STIPULATION AND ORDER TO AMEND CAPTION