# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA VAN PATTEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant(s). | Case No. 2:21-cv-01799-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 14, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 7, 2021

                                                                                                              _____<br>
                                                                                                              Nancy J. Koppe<br>
                                                                                                              United States Magistrate Judge