# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA VAN PATTEN,<br>      Plaintiff(s),<br>v.<br>GEICO INSURANCE AGENCY, INC.,<br>      Defendant(s). | Case No. 2:21-cv-01799-JCM-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Pending before the Court is a proposed discovery plan, Docket No. 12, which has several deficiencies. First, the presumptively reasonable discovery period is 180 days <u>measured from the defendant's appearance</u>. Local Rule 26-1(b)(1). Without explanation, the discovery plan seeks a discovery period of 180 days measured from the date of the filing of the discovery plan. Second, the local rules no longer require the filing of an interim status report and the parties have not explained why the Court should set such a deadline in this case.[1] Third, the discovery plan does not include the required certifications as to use of alternative dispute resolution, consent to a magistrate judge, or use of the short-trial program. *See* Local Rule 26-1(b)(7), (8). Accordingly, the proposed discovery is **DENIED**. An amended proposed discovery plan must be filed by December 22, 2021.

IT IS SO ORDERED.

Dated: December 15, 2021

                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

---

[1] The discovery plan similarly refers to the outdated version of the local rules in citing to Local Rule 26-4 as to requests for extension. That rule is now Local Rule 26-3.

1